NEIL W. KNUPPEL, ESQ. (SBN: 86256)
NEIL W. KNUPPEL, A PROFESSIONAL LAW CORPORATION
1300 Quail Street, Suite 101
Newport Beach, CA 92660
Telephone: (949) 863-3039
Facsimile: (949) 863-3199

Attorney for Petitioner, Diana Meinhold, Conservator and Trustee

Alexander L. Conti, Esq. (California Bar No. 155945)
CONTI LAW
23 Corporate Plaza Drive, #150
Newport Beach, CA 92660
Telephone:   (949) 791-8555
Facsimile:    (949) 791-8556
Email: aconti@conti-law.com

Attorneys for Respondent
Sandra Lefler

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| Conservatorship of the Estate of:<br><br>RONALD LEIGH DONAHUE,<br><br>　　　　　Conservatee.<br><br>Diana Meinhold, Conservator of the Estate of Ronald Leigh Donahue and as successor trustee of the Ronald L. Donahue 1998 Living Trust, UDT June 1998,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>Sandra Lefler, individually, Mark Lefler, individually, and Roes 1 through 10,<br><br>　　　　　Respondents. | Case No.  8:23-cv-01052 DOC (DFMx)<br>Judge: Hon. David O. Carter<br>Courtroom: 10A<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to FRCP 41(a)(1), each side waiving recovery of
4  their attorney's fees and costs.

6  Dated: February 28, 2024        NEIL W. KNUPPEL, A PROFESSIONAL
                                   LAW CORPORATION

8                                  By: /s/ Neil W. Knuppel
                                   Neil W. Knuppel, Esq.
9                                  Attorney for Petitioner Diana Meinhold,
                                   Conservator

11 Dated: February 28, 2024        CONTI LAW

12                                 By: /s/ Alexander L. Conti
13                                 Alexander L. Conti, Esq.
                                   Attorney for Respondent Sandra Lefler

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Conti Law 23 Corporate Plaza, Suite 150, Newport Beach, CA 92660. On February 28, 2024, I served the foregoing document described as: **STIPULATION OF DISMISSAL** on:

| | |
|---|---|
| Neil W. Knuppel, Esq.<br>Neil W. Knuppel, APLC<br>1300 Quail St., Ste. 101<br>Newport Beach, CA 92660<br>Email: neilknuppel@yahoo.com | Attorneys for Petitioner Diana Meinhold, Conservator of the Estate of Ronald Leigh Donahue and as successor trustee of the Ronald L. Donahue 1998 Living Trust, UDT June 1998<br><br>Telephone: (949) 863-3039<br>Facsimile: (949) 863-3199 |

[ ] (BY MAIL) I am familiar with the practice of Conti Law for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Conti Law, Newport Beach, California, following ordinary business practices.

[ ] (BY OVERNIGHT MAIL) I am familiar with the practice of Conti Law for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx/Overnite Express that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx/Overnite Express with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx/Overnite Express at Conti Law, Corona Del Mar, California, following ordinary business practices.

[ ] (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 791-8556, the document described above and an unsigned copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ X ] (BY ELECTRONIC MAIL) On this date, from my email address of aconti@conti-law.com I caused a copy of said document to be transmitted via electronic mail to the e-mail addresses listed above.

[  ] (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the person at the addresses listed above and/or providing them to a professional messenger service for service. [Declaration of Messenger attached separately.]

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 28, 2024, at Newport Beach, California.

                                            __/s/ *Alexander L. Conti* _____
                                            Alexander L. Conti